IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, et al., | CV 24–67–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| AUSTIN KNUDSEN, in his official capacity as the Attorney General of the State of Montana, | |
| Defendant. | |

The parties having jointly moved to set a briefing schedule in the case,

IT IS ORDERED that the motion (Doc. 14) is GRANTED in PART and

DENIED in PART.  The Defendant must respond to Plaintiffs' Complaint on or

before July 1, 2024.  If a motion is filed, briefing will proceed under the standard

deadlines and word limits set by D. Mont. L.R. 7.1(d).  If appropriate, a hearing

will be set by future order.  **No further extensions of time will be granted.**

DATED this 3ᵘᵈ day of June, 2024.

Donald W. Molloy, District Judge
United States District Court