AUSTIN KNUDSEN
  *Montana Attorney General*
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| FREE SPEECH COALITION, INC.; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; JFF PUBLICATIONS, LLC; ANNA LOUISE PETERSON; LYNSEY GRISWOLD ; PHE, INC.; AND CONVERGENCE HOLDINGS, INC., *Plaintiffs*, v. AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana *Defendant.* | Case No. 9:24-cv-00067-DWM **DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL** |

Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Austin Knudsen, in his official capacity as Attorney General of the State of Montana, respectfully moves this Court to dismiss all claims in Plaintiffs' Complaint and Demand for Jury Trial for failure to state a claim for relief and all Plaintiffs' substantive due process and equal protection claims for because they lack standing. The reasons supporting Defendant's motion are set out in the separately filed Brief in Support of Defendant's Motion to Dismiss Plaintiffs' Complaint and Demand for Jury Trial.

DATED this 24th day of June, 2024.

>AUSTIN KNUDSEN
>  *Montana Attorney General*
>
>CHRISTIAN B. CORRIGAN
>  *Solicitor General*
>
>*/s/ Peter M. Torstensen, Jr.*
>PETER M. TORSTENSEN, JR.
>  *Deputy Solicitor General*
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>christian.corrigan@mt.gov
>peter.torstensen@mt.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: June 24, 2024     /s/ *Peter M. Torstensen, Jr.*
                         PETER M. TORSTENSEN, JR.