Natasha Prinzing Jones  
Thomas J. Leonard  
BOONE KARLBERG P.C.  
201 West Main St., Suite 300  
P.O. Box 9199  
Missoula, MT 59807  
Telephone: (406) 543-6646  
Facsimile: (406) 549-6804  
npjones@boonekarlberg.com  
tleonard@boonekarlberg.com  

Jeffrey Keith Sandman *(PHV pending)*  
WEBB DANIEL FREIDLANDER LLP  
5208 Magazine St., Ste 364  
New Orleans, LA 70115  
Telephone: (978) 886-0639  
jeff.sandman@webbdaniel.law  

D. Gill Sperlein *(PHV pending)*  
THE LAW OFFICE OF D. GILL SPERLEIN  
345 Grove Street  
San Francisco, CA 94102  
Telephone: (415) 404-6615  
gill@sperleinlaw.com  

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF MONTANA  
MISSOULA DIVISION**

| | |
|---|---|
| FREE SPEECH COALITION, INC.; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; JFF PUBLICATIONS, LLC; ANNA LOUISE PETERSON; LYNSEY GRISWOLD; PHE, INC.; and CONVERGENCE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUSTIN KNUDSEN, in his official capacity as the Attorney General of the Stat of Montana, <br><br> Defendant. | Case No. <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE** |

By Order dated October 24, 2024 (Doc. 23), this Court set a preliminary pretrial conference for December 17, 2024. Plaintiffs respectfully request the Court vacate and reset the preliminary pretrial conference because local counsel for Plaintiffs is scheduled to attend oral argument in the Montana Eleventh Judicial District Court, Flathead County, before the Hon. Amy Eddy in Cause No. DV-23-031, *Sayers v. Bjorkman* on December 17, 2024.

The parties have conferred and they are all available on the following dates: January 8, 20, 22, 23, 27 or 29-31. Due to necessary travel, Plaintiffs' counsels' preferred date is January 20 if possible.

Counsel for Defendant have been contacted regarding this motion and they do not object. A proposed order is submitted with this motion for the Court's consideration.

| | |
|---|---|
| DATED: December 2, 2024 | BOONE KARLBERG P.C. |
| | */s/ Natasha Prinzing Jones*<br>Natasha Prinzing Jones<br>Thomas J. Leonard<br>*Attorneys for Plaintiffs* |
| DATED: December 2, 2024 | WEBB DANIEL FRIEDLANDER, LLP |
| | */s/ Jeffrey Sandman*<br>Jeffrey Sandman (PHV pending)<br>*Attorney for Plaintiffs* |
| DATED: December 2, 2024 | THE LAW OFFICE OF D. GILL SPERLEIN |
| | */s/ D. Gill Sperlein*<br>D. Gill Sperlein (PHV pending)<br>*Attorney for Plaintiffs* |