IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as the Attorney General of the State of Montana,<br><br>Defendant. | CV 24-67-M-DWM<br><br><br>ORDER |

Plaintiffs having filed an unopposed motion to continue the preliminary pretrial conference,

IT IS ORDERED that the motion (Doc. 25) is GRANTED and the Preliminary Pretrial Conference now set for December 17, 2024, is VACATED and RESET for January 23, 2025, at 1:30 p.m. in the Russell Smith Federal Courthouse, Missoula, Montana.

On or before January 16, 2025, the parties shall file with the Court a written report outlining the joint discovery plan.

1

On or before January 16, 2025, counsel for the respective parties shall each file a preliminary pretrial statement. *See* Fed. R. Civ. P. 26(a)(1). The statement shall address all matters listed in L.R. 16.2(b)(1).

IT IS FURTHER ORDERED that on or before January 16, 2025, Plaintiff must separately file a Statement of Stipulated Facts to which all parties agree. *See* L.R. 16.2(b)(3).

The Court's Order dated October 24, 2024, (Doc. 23), shall remain in full force and effect in all other respects.

Dated this 3rd day of December, 2024.

Donald W. Molloy, District Judge
United States District Court