AUSTIN KNUDSEN
  *Montana Attorney General*
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Attorneys for Defendant*

Natasha Prinzing Jones
Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Phone: (406) 543-6646
Fax: (406) 549-6804
npjones@boonekarlberg.com
tleonard@ boonekarlberg.com

Jeffrey Keith Sandman
WEBB DANIEL FREEDLANDER LLP
5208 Magazine St., Suite 364
New Orleans, LA 70115
Phone: (978) 886-0639
jeff.sandman@webbdaniel.law

D. Gill Sperlein
LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Phone: (415) 404-6615
gill@sperleinlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC.; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; JFF PUBLICATIONS, LLC; ANNA LOUISE PETERSON; LYNSEY GRISWOLD ; PHE, INC.; AND CONVERGENCE HOLDINGS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana <br><br> *Defendant*. | Case No. 9:24-cv-00067-DWM <br><br> **JOINT STATEMENT OF STIPULATED FACTS** |

Plaintiffs Free Speech Coalition, Inc., Deep Connection Technologies, Inc., JFF Publications, LLC, PHE, Inc., Convergence Holdings, Inc., Charyn Pfeuffer, Anna Louise Peterson, Lynsey Griswold ("Plaintiffs"), and Defendant Austin Knudsen, in his official capacity as Attorney General of the State of Montana ("Defendant"), through their respective attorneys of record, submit this Joint Stipulation of Facts that are admitted

JOINT STATEMENT OF STIPULATED OF FACTS | 1

and require no proof as required by L.R. 16.2(b)(3) and this Court's Orders dated October 24, 2024 and December 3, 2024:

1. SB544 is titled "An Act Revising Internet Laws Related to Material Harmful to Minors."

2. Senator Willis Curdy sponsored SB544.

3. The Montana Senate passed SB544 on April 4, 2023.

4. The Montana House of Representatives passed SB544 on April 24, 2023.

5. Governor Gianforte signed SB544 into law on May 19, 2023.

6. SB544 has an effective date of January 1, 2024.

7. SB544 applies to "commercial entit[ies]" that "knowingly and intentionally" publish or distribute "material harmful to minors" on the internet from a website containing a "substantial portion" of "material harmful to minors." *See* §1(1).

8. SB544 defines "material harmful to minors" by adding "with respect to minors" or "for minors" to the test for obscenity in *Miller v. California*, 413 U.S. 15, 24 (1973). *See* §1(7)(d)(i)-(iii).

9. SB544 defines "minor" as "any person under 18 years of age." §1(7)(e).

10. Entities subject to SB544 may select their preferred "reasonable age verification methods," including "government-issued identification," §1(7)(h)(ii)(A), a "digitized identification card[s]," or "any commercially reasonable method that relies on public or private transactional data," §1(7)(h)(i), (ii)(B).

11. Although "digitized identification card" is not defined in SB544 or elsewhere, no such card is currently available in Montana.

12. Entities that perform the "required age verification may not retain any identifying information of the individual after access has been granted to the material." §1(2).

13. Exempted from the requirements of SB544 are "any bona fide news or public interest": "broadcast," "website video," "report," or "event." §1(4).

14. SB544 provides for only a civil remedy, not any criminal liability.

15. The State has a compelling interest in protecting minors from certain sexually explicit online content.

16. Obscene content is not protected by the First Amendment and may be regulated. *Miller*, 413 U.S. at 23.

DATED this 16th day of January, 2025.

        AUSTIN KNUDSEN
          *Montana Attorney General*
        CHRISTIAN B. CORRIGAN
          *Solicitor General*

        */s/Peter M. Torstensen, Jr.*
        PETER M. TORSTENSEN, JR.
          *Deputy Solicitor General*
        215 North Sanders
        P.O. Box 201401
        Helena, MT 59620-1401
        peter.torstensen@mt.gov

        BOONE KARLBERG P.C.

        */s/Natasha Prinzing Jones*
        NATASHA PRINZING JONES
        THOMAS J. LEONARD
        201 West Main St., Suite 300
        P.O. Box 9199
        Missoula, MT 59807
        npjones@boonekarlberg.com
        tleonard@ boonekarlberg.com

        WEBB DANIEL FRIEDLANDER, LLP

        */s/Jeffrey Sandman*
        JEFFREY SANDMAN
        5208 Magazine St., Suite 364
        New Orleans, LA 70115
        jeff.sandman@webbdaniel.law

        LAW OFFICE OF D. GILL SPERLEIN

        */s/D. Gill Sperlein*
        D. GILL SPERLEIN
        345 Grove Street
        San Francisco, CA 94102
        gill@sperleinlaw.com