Natasha Prinzing Jones
Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile: (406) 549-6804
npjones@boonekarlberg.com
tleonard@boonekarlberg.com

Jeffrey Keith Sandman
WEBB DANIEL FREIDLANDER LLP
5208 Magazine St., Ste 364
New Orleans, LA 70115
Telephone: (978) 886-0639
jeff.sandman@webbdaniel.law

D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
gill@sperleinlaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

FREE SPEECH COALITION, INC.; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; JFF PUBLICATIONS, LLC; ANNA LOUISE PETERSON; LYNSEY GRISWOLD ; PHE, INC.; AND CONVERGENCE HOLDINGS, INC.,

*Plaintiffs*,

v.

AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana

*Defendant*.

Case No. 9:24-cv-00067-DWM

**MOTION TO APPEAR REMOTELY**

Now into Court, through the undersigned counsel, come above-captioned Plaintiffs, who respectfully move this Court to accommodate counsel's request to appear remotely for the upcoming Preliminary Pretrial Conference, scheduled for January 23, 2025 at 1:30.

Counsel lives in New Orleans, Louisiana, which is in the midst of a 100-year snowstorm, with five inches already fallen and more to come, along with the sustained below-freezing temperatures that, in a city without snowplows, is destined to turn to ice overnight. All flights today

are grounded; most tomorrow already are cancelled; schools are cancelled tomorrow citywide; and counsel's chances of arriving in Missoula in time for the Thursday Conference has slipped from slim to (just about) none.

Although Plaintiffs will be represented in person by capable attorneys Gill Sperlein and Tasha Jones, the undersigned is lead counsel in this action and requests an opportunity to attend the Conference virtually—whether by phone, Zoom, or whatever other medium chambers can accommodate.

Undersigned counsel has conferred with counsel for the Defendant, who does not oppose the relief requested herein.

DATED this 21st day of July, 2025.

*/s/ Jeffrey Keith Sandman*

Jeffrey Keith Sandman
WEBB DANIEL FREIDLANDER LLP
5208 Magazine St., Ste 364
New Orleans, LA 70115
Telephone: (978) 886-0639
jeff.sandman@webbdaniel.law

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: July 21st, 2025

*/s/ Jeffrey Sandman* __
JEFFREY SANDMAN