IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, et al., | CV 24–67–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| AUSTIN KNUDSEN, in his official capacity as the Attorney General of the State of Montana, | |
| Defendant. | |

Plaintiffs in the above-captioned matter have moved for counsel, Jeffrey Keith Sandman, to appear remotely for the January 23, 2025 preliminary pretrial conference. (Doc. 31.) Defendant does not oppose. (*Id.*) An attorney for each party must be present for the preliminary pretrial conference, but that attorney need not be lead counsel so long as he or she has authority to enter stipulations.

Accordingly, IT IS ORDERED that Plaintiffs' motion, (Doc. 31), is DENIED.

DATED this 22nd day of January, 2025.

Donald W. Molloy, District Judge
United States District Court