IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AUSTIN KNUDSEN, in his official capacity as the Attorney General of the State of Montana, <br><br> Defendant. | CV 24-67-M-DWM <br><br> ORDER |

Plaintiffs having moved unopposed for leave to file an amended complaint to address a recent change in the underlying law and to stay discovery pending a potential challenge to that pleading,

IT IS ORDERED that Plaintiffs' motion (Doc. 35) is GRANTED in PART and DENIED in PART. Plaintiffs may file their amended pleading on or before May 9, 2025. The State's response to that pleading, whether or a motion or answer, is due on or before May 23, 2025. Plaintiffs' optional reply is due on or before June 6, 2025. No extensions of time will be granted.

1

IT IS FURTHER ORDERED that the discovery deadline is extended to July 21, 2025. The January 23, 2025 Scheduling Order, (Doc. 34), remains in full force and effect in all other respects

DATED this 6th day of May, 2025.

_____
Donald W. Molloy, District Judge
United States District Court