AUSTIN KNUDSEN
  *Montana Attorney General*
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| FREE SPEECH COALITION, INC.; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; JFF PUBLICATIONS, LLC; ANNA LOUISE PETERSON; LYNSEY GRISWOLD ; PHE, INC.; AND CONVERGENCE HOLDINGS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana <br><br> *Defendant.* | Case No. 9:24-cv-00067-DWM <br><br> **DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** <br><br> **\* SOVEREIGN IMMUNITY \* ASSERTED** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Austin Knudsen, in his official capacity as Attorney General of the State of Montana, respectfully moves to dismiss all claims in Plaintiffs' Amended Complaint on the basis of sovereign immunity and lack of Article III standing, *see Whole Woman's Health v. Jackson*, 595 U.S. 30 (2021), including issue preclusion on both grounds.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Austin Knudsen, in his official capacity as Attorney General of the State of Montana, further moves to dismiss Plaintiffs' Commerce Clause claim (Count III) for failure to state a claim.

The reasons supporting Defendant's motion are set out in the separately filed Brief in Support of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint.

DATED: May 14, 2025              Respectfully submitted,

AUSTIN KNUDSEN
  *Montana Attorney General*

*/s/Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
  *Solicitor General*

PETER M. TORSTENSEN, JR.
  *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
christian.corrigan@mt.gov
peter.torstensen@mt.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: May 14, 2025  /s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN