UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| FREE SPEECH COALITION, et al., | JUDGMENT IN A CIVIL CASE |
| | CV 24-67-M-DWM |
| Plaintiff, | |
| vs. | |
| AUSTIN KNUDSEN, in his official capacity as the Attorney General of the State of Montana, | |
| Defendant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of August 6, 2025 (Doc. 49), judgment is entered in favor of the State, and this action is DISMISSED.

Dated this 6th day of August, 2025.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk